IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00043-REB
(Civil Action No. 12-cv-00697-REB)

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

1. GIBRAN JESUS RAMIREZ-HERNANDEZ,

      Defendant-Movant.

_____

**FINAL JUDGMENT**
_____

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered

by the Honorable Robert E. Blackburn [#62], filed April 10, 2013, the following Final

Judgment is hereby entered:

      1. That the defendant-movant's Motion Under 28 U.S.C. § 1155 To Vacate, Set

Aside or Correct Sentence By A Person In Federal Custody [#53] filed March 20, 2012,

is DENIED;

      2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing

Section 2255 Proceedings for the United States District Courts, a certificate of

appealability is DENIED; and

      3.  The corresponding civil action is hereby CLOSED.

      DATED at Denver, Colorado, this  15th  day of April, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                            Edward P. Butler, Deputy Clerk